# United States Court of Appeals
## For the First Circuit

No. 26-1198

IN RE: NATHAN REARDON,

Petitioner - Appellant.

### ORDER OF COURT

Entered: May 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to proceed in forma pauperis ("IFP") is denied without prejudice to filing a compliant motion and financial affidavit in the **district court** in Docket No. 1:26-mc-00059-JAW (D. Me.). See Fed. R. App. P. 24(a). **A compliant request for in forma pauperis status consists of a motion and fully completed Form 4, financial affidavit, with a prison trust account statement, if appellant is incarcerated**. We note that appellant's in forma pauperis request is deficient in that it does not state the issues to be presented on appeal. A Form 4, financial affidavit, is enclosed to the appellant.

Failure to either pay the $605.00 filing fee, or, alternatively, to file a compliant request for in forma pauperis status in the district court by **June 1, 2026**, will result in the appeal being dismissed for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. John A. Woodcock
Jennifer Lyons, Clerk, United States District Court for the District of Maine
Nathan Reardon